1  Joseph W. Cotchett (#36324)
   jcotchett@cpmlegal.com
2  Steven N. Williams (#175489)
   swilliams@cpmlegal.com
3  Nancy L. Fineman (# 124870)
   nfineman@cpmlelgal.com
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6

7  *Attorneys for Plaintiffs and the Proposed Class*

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

C 07 3775

EDL

| | |
|---|---|
| **CALIF-COAST INVESTIGATIVE SERVICES,** | Case No. |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | **Local Rule 83-123** |
| **LEXAR MEDIA, INC.,** *et al.*, | |
| Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF RELATED CASES**

Case No.

**TO THE COURT AND ALL PARTIES**:

Pursuant to local rule 83-123, Plaintiff Calif-Coast Investigative Services gives notice that this action is related to *Trong Nguyen v. Samsung Electronics Co., Ltd., et al.*, Case No. C-07-0086 SBA in that both actions involve the same transaction and event, and both actions involve similar questions of fact and the same question of law such that their assignment to the same judge is likely to effect a substantial savings of judicial effort. Both actions concern the same conduct by the defendants which, as set forth in the complaints in each action, *inter alia* constituted a violation of the Sherman Act and the Cartwright Act in the market for direct and indirect sales and purchases of flash drives. Assignment of both of these actions to a single judge is likely to effect a savings of judicial effort and other economies because the same issues of fact and law will be presented in both actions.

Dated: July 23, 2007              **COTCHETT, PITRE& McCARTHY**

By: /s/ Steven N. Williams
**STEVEN N. WILLIAMS**
Attorneys for Plaintiff
**Calif-Coast Investigative Services**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

NOTICE OF RELATED CASES

Case No.                                                                                                 1