1  JOSEPH W. COTCHETT (36324)
   NANCY L. FINEMAN (124870)
2  STEVEN N. WILLIAMS (175489)
   BARBARA L. LYONS (173548)
3  ARA JABAGCHOURIAN (205777)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Fax:(650) 697-0577

7  *Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FLASH MEMORY ANTITRUST LITIGATION** ) ) ) | Case No. 07-cv-3775-EDL<br>MDL No. 1852 |
| **This Document Relates to:** ) ) | |
| **Case No. 07-cv-3775-EDL** )<br>*Calif-Coast Investigative Services v. Lexar* )<br>*Media, Inc., et al.* ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT LEXAR MEDIA, INC.**<br>**[F.R.C.P. Section, 41(a)(1)]** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Calif-Coast Investigative Services hereby dismiss all claims made in Case No. 07-cv-3775-EDL, without prejudice, against named defendant Lexar Media, Inc.

Dated: August 30, 2007           By:  */s/ Steven N. Williams*

JOSEPH W. COTCHETT
NANCY L. FINEMAN
STEVEN N. WILLIAMS
BARBARA L. LYONS
ARA JABAGCHOURIAN
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

*Attorneys for Plaintiff and the Proposed Class*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO THE DEFENDANT LEXAR MEDIA, INC.**
**Case No. 07-cv-3775-EDL; MDL No. 1852**