| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (36324) |
| | NANCY L. FINEMAN (124870) |
| 2 | STEVEN N. WILLIAMS (175489) |
| | BARBARA L. LYONS (173548) |
| 3 | ARA JABAGCHOURIAN (205777) |
| | **COTCHETT, PITRE & McCARTHY** |
| 4 | San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |
| 5 | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| 6 | Fax:(650) 697-0577 |

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FLASH MEMORY ANTITRUST LITIGATION** | **Case No. 07-cv-3775-EDL** |
| | **MDL No. 1852** |
| **This Document Relates to:** | **CERTIFICATE OF SERVICE** |
| **Case No. 07-cv-3775-EDL** | |
| *Calif-Coast Investigative Services v. Lexar Media, Inc., et al.* | |

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**
**Case No. 07-cv-3775-EDL; MDL No. 1852**

# CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On August 30, 2007, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT LEXAR MEDIA, INC.** [F.R.C.P. Section, 41(a)(1)]

2. **CERTIFICATE OF SERVICE**

**XXX  BY OVERNIGHT DELIVERY:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight delivery to the addressee(s) specified below:

> Honorable Saundra Brown Armstrong
> United States District Court
> Northern District of California
> Courtroom 3, 3rd Floor
> 1301 Clay Street, #400 South
> Oakland, CA 94612

**XXX  BY ECF:** I caused the aforementioned document(s) to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Case Number 07-cv-0086-SBA and Case No. 07-cv-3775-EDL. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on August 30, 2007.

> /s/ Jaclyn Verducci
> JACLYN VERDUCCI